**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jose Rigoberto GARCIA–QUINTERO, Petitioner**

**No. 922 MAL 2016**

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

**AND NOW**, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED.**